05 - 250

-1-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  COMPLAINT and ARREST        :        Case Number: 05-318
WARRANT FOR JADE NEWHART,           :        (UNDER SEAL)
a/k/a BLANCHI DUGATKIN, a/k/a       :        UNSEALED
BLANCHI BETTINA COMITO, and         :
BILL BAULDING,                      :
a/k/a WILLIAM DUGATKIN              :

FILED

JUN 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through undersigned counsel appearing pursuant to Local

Civil Rule 83.2(e) and Local Criminal Rule 44.5(e), respectfully moves this Court to unseal

the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and

Complaint, Motion to Seal, and the sealing Order.  In support of this motion, the United States

represents the following:

The defendants have been located and arrested, and are now in the custody of the

United States Marshall's Office in the District of Nevada pending a hearing scheduled for June

21, 2005, on the government's Motion to Detain Defendants Prior To Trial.  Accordingly,

disclosure of these filings will no longer hinder the arrest of the defendants.

WHEREFORE, it is respectfully requested that this motion be granted, and that this

Court sign the attached Order unsealing the Complaint, Application for Arrest Warrant, Affidavit

in Support of Arrest Warrant and Complaint, Motion to Seal, and the sealing Order.

Respectfully submitted,

NOEL L. HILLMAN
Chief, Public Integrity Section

4

05 - 250

-2-

By:    *[signature]*
       NANCY L. SIMMONS
       JOHN P. PEARSON
       Trial Attorneys
       Public Integrity Section
       Criminal Division
       U.S. Department of Justice
       1400 New York Avenue, NW
       Washington, DC 20005
       (202) 514-1412