05-250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: COMPLAINT and ARREST :
WARRANT FOR JADE NEWHART, :
a/k/a BLANCHI DUGATKIN, a/k/a : Case Number: 05-318
BLANCHI BETTINA COMITO, and :
BILL BAULDING, :
a/k/a WILLIAM DUGATKIN :

### ORDER

Upon consideration of the Government's Motion to Unseal and for good cause shown, it is

HEREBY ORDERED that the Government's Motion to Unseal shall be, and hereby is, GRANTED, and that the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, Motion to Seal, and the sealing Order shall be unsealed.

Dated  06/23/05               _____
                              UNITED STATES MAGISTRATE JUDGE

5