# UNITED STATES DISTRICT COURT

## OFFICE OF THE CLERK

### DISTRICT OF NEVADA

Lloyd D. George U.S. Courthouse
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

*CR 05-250*

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

LINDA LEA SHARER
CHIEF DEPUTY, RENO

July 1, 2005

**FILED**

**JUL - 5 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk,
US District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC, 20001

Reference:    USA vs. Jade Newhart (aka Blanch Dugatkin & Blanch Bettina Comito)
USA vs. William Baulding (aka William Dugatkin)
05-318M-02 (Your case number)
MJ-S-05-0503-RJJ   (Our case number)

Dear Clerk:

Enclosed please find certification of the complete files as of July 1, 2005, in the above referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

LANCE S. WILSON, Clerk
United States District Court

Katny Yasich
Deputy Clerk

Enclosures

Received: _____
By: _____

| APPEARANCE BOND | | UNITED STATES DISTRICT COURT | MAGISTRATE/COURT No. MJ/CR-S-05-0509-NTI | DATE BOND ISSUED 6-21-05 |
|---|---|---|---|---|

COGNIZANT U.S. JUDICIAL DISTRICT
**NEVADA**

LOCATION OF DISTRICT *(City and State)*
**LAS VEGAS**

NAME OF ISSUING MAGISTRATE/JUDGE *(Show title)*
**LAWRENCE R. LEAVITT, U.S. Magistrate Judge**

LOCATION OF ISSUING OFFICIAL *(If different than above)*
**Same**

NAME OF DEFENDANT
William DAgatkin

ADDRESS OF DEFENDANT
2901 S INDUSTRIAL
LAS VEGAS, NV 89119

NAME OF SURETY

ADDRESS OF SURETY

| AMOUNT OF BOND $ | DEPOSIT RECEIPTED FOR $ | ☒ RELEASE ON OWN RECOGNIZANCE | TIME/DATE OF APPEARANCE **AS ORDERED** | COURTROOM **AS ORDERED** |
|---|---|---|---|---|

We, the undersigned, jointly and severally, have read and understand the conditions of this bond and acknowledge that we and our personal representatives are bound to pay to the United States of America the full amount of bond shown above unless otherwise duly exonerated.

SIGNATURE OF SURETY *(If applicable)* *

SIGNATURE OF DEFENDANT

Signed and acknowledged before me on the date shown above. ➡

SIGNATURE OF MAGISTRATE/JUDGE/DEPUTY CLERK

ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD

JUN 21 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

**CONDITIONS**

The conditions of this bond are that the above defendant is to appear at the date, time, and location indicated before

☐ The cognizant United States Magistrate

☐ The assigned Judge of the cognizant District

☐ The cognizant United States District Court

And at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above referenced case as may be given or issued by the Magistrate or by the cognizant United States District Court or any other United States District Court to which the defendant may be removed or the cause transferred: That the defendant is not to depart the cognizant District, or the jurisdiction of any other United States District Court to which the defendant may be removed or the case transferred after he has appeared in such other District pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate or the cognizant United States District Court or the United States District Court for such other District; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection such such judgment as the Court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment to the amount of this bond shall be due forthwith. Forfeiture of the bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond including any proceeding on appeal or review which shall continue in full force and effect until such time as the signers are duly exonerated.

*SEE, ALSO, ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE ATTACHED HERETO AND MADE A PART HEREOF.*

BOND APPROVED. DEFENDANT ORDERED RELEASED.

Date: 6-21-05

L. Leavitt

U.S. DISTRICT JUDGE/MAGISTRATE **JUDGE**

*Signature of surety acknowledged before me this _____ day

of _____, 20 ___.

Deputy Clerk

**BOND EXONERATED. SURETY RELEASED.**

U.S. DISTRICT JUDGE/MAGISTRATE

AO 199A (Rev. 6/97) Order Setting Conditions Release                                                    Page 1 of _____ Pages

# United States District Court

### DISTRICT OF __NEVADA__

UNITED STATES OF AMERICA

V.

William Onyatkin

_Defendant_

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number: _MJ-5-05-0503-RJJ_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

   (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

   (2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

   (3)  The defendant shall appear at all  proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)_____

                                                            Place

      __AS ORDERED_____ on _____AS ORDERED_____

                                                            Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )   (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( )   (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

AO199B (Rev. 5/99) Additional Conditions of Release          Page ____ of ____ Pages

NAME: William Dynatkin          **Additional Conditions of Release**   MJ/CR-S- 05-0503-RJJ

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6).   The defendant is placed in the custody of:
    (Name of person or organization) _____
    (Address) _____
    (City and state) _____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
        Custodian or Proxy          Date

( ✓ ) (7)   The defendant shall:
( ✓ ) (a)   report to the ~~Pretrial Services~~ , ( ) ~~Probation (702-388-6731)~~
    telephone number **(702)464-5630** , not later than _____ .

( ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
_____

( ) (c)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____

( ) (d)   execute a bail bond with solvent sureties in the amount of $ _____

( ) (e)   maintain or actively seek employment.  **Notify Pretrial Services prior to any change.**

( ) (f)   maintain or commence an education program.

( ) (g)   surrender any passport to:  **( ) Pretrial Services**      **( ) Use true name, only.**

( ) (h)   obtain no passport.

( ✓ ) (i)   abide by the following restrictions on personal association, place of abode, or travel: **( )Continental United States.**
    **( )Clark County/( )State of Nevada and ( )Las Vegas, NV** - **( )for Court purposes, only.**
    *not Part of District of Columbia.*

( ) (j)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

( ) (k)   undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

( ) (l)   return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): *in Las Vegas and District of Columbia.*

( ✓ ) (m)   maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer. *Lockdown status until hearing can be scheduled in District of Columbia*

( ) (n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.

( ) (o)   refrain from ( ) any ( ) excessive use of alcohol. **( )Not be in presence of anyone using/possessing same.**

( ) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. **( )Not be in presence of anyone using/possessing same.**

**( )Initial** ( ) (q)   submit to any method of testing required by pretrial services office or the supervising officer for determining whether the
**u/a, if +**          defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

**( )Initial** ( ) (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial
**u/a, if +**          services office or supervising officer.

( ) (s)   refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t)   participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. [You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. ] [ ](y)
    ( )(i)   **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( )(ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( )(iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ) (u)   report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ) (v)   **Maintain Residence: ( )Current ( )At** _____
    **Notify Pretrial Services prior to any change.**

( ) (w)   **Subject to search of person, residence and/or vehicle as directed by the supervising officer to ensure compliance with these conditions.**

( ) (x)   **( )Same Conditions as previously imposed. ( )Resolved all outstanding Warrants within _____ days**

*[right margin, rotated]: and arrangements can be made in halfway house in District of Columbia.*

WHITE COPY—COURT     YELLOW—DEFENDANT     GREEN—PRETRIAL SERVICES     BLUE—U.S. ATTORNEY     PINK—U.S. MARSHAL

AO 199C (Rev. 8/94) Advice of Penalties...                                     Page _____ of _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT: *William Dugatkin*

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

   (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

   (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

   (3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

   (4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

I hereby attest and certify on _7/1/05_
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk



_____
Signature of Defendant

29015. INDUSTRIAL
_____
Address

LAS VEGAS NV   953-1162
_____            _____
City and State        89119        Telephone

## Directions to United States Marshal

( )  The defendant is ORDERED released after processing.

( )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____6-21-05_____

_____
Signature of Judicial Officer

**LAWRENCE R. LEAVITT**
**UNITED STATED MAGISTRATE JUDGE**
_____
Name and Title of Judicial Officer

WHITE COPY - COURT        YELLOW - DEFENDANT        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL        GREEN - PRETRIAL SERVICES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
CRIMINAL/PARTIES OF RECORD

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>WILLIAM BAULDING, )<br>a/k/a William Dugatkin )<br><br>Defendant. ) | Case # MJ-S-05-0503-RJJ    2005 JUN 30 P 6 32<br><br>Date:    JUNE 21, 2005<br><br>Time:    3:28 pm to 3:32 pm<br>         3:46 pm    4:54 pm<br><br>___ INITIAL APPEARANCE/Rule 5 - Minutes<br>_X_ Further Proceedings re Rule 5 and Detention |

PRESENT:
THE HONORABLE _____ **LAWRENCE R. LEAVITT** _____, United States Magistrate Judge

ALANA KAMAKA _____
Deputy Clerk                    FTR#

Interpreter ( )Spanish ( )_____

JOHN PEARSON, DOJ: CHRISTINA BROWN
Assistant U. S. Attorney

KEVIN TATE
Defense Counsel ___ Apt. ___ Rtnd _X_ AFPD

Defendant is present and in custody. Defendant is advised of the pending charges and his/her rights.
_X_ The Government informs the Court that a Motion to Unseal was filed 6/21/05.
___ Defendant ___ questioned ___ sworn as to correctness of Financial Affidavit.
_X_ Financial Affidavit previously submitted.
_X_ The Federal Public Defender's Office previously appointed. __ CJA panel attorney _____
   is appointed as defense counsel.

_X__ Identity hearing waived. __ Written waiver filed. _X_ ORDERED defendant identified as named defendant in
   indictment/complaint and is held to answer in the _____ District of _Columbia_

___ Identity hearing waived. __ Written waiver filed. ___ ORDERED defendant identified as named defendant in
   indictment/complaint and is held to answer in the _____ District of _____

_X__ The Government moves for detention. _X_ The Court hears the argument of counsel.

___ Detention is ORDERED. Separate detention order and commitment to originating district to follow.

___ Detention Hearing is set for _____ at _____ am/pm at the request of
   ( )The Court ( )The Government ( )Defense Counsel

___ Temporary Detention is ORDERED. _____ Written Order to follow.

_X__ Bond is set. _X_ PR __ $_____ __ unsecured ___ secured by ____ % cash ___ Corporate
   Surety __ Property   (See bond for special conditions.)

_X__ Bond is executed; Defendant is released to reside in the half-way house on lock-down status pending notification
   of hearing date/time and half-way house arrangements can be made in the District of Columbia.

___ Next appearance date (if known) in originating district: _____

_X__ Defendant advised of his rights regarding potential
   Rule 20 transfer.

I hereby attest and certify on 7-1-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

   CLERK, U.S. DISTRICT COURT
      DISTRICT OF NEVADA

By _____ Deputy Clerk
kin.062105.LRL.wpd

LANCE S. WILSON, Clerk
United States District Court

_____ Wenn Namala
   Deputy Clerk

05-0503.RJJ.Baulding.Dugat

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of    NEVADA

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|
| V. | |
| JADE NEWHART; TN: Blanche Dugatkin | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 05-318M-02 | MJ-S-05-0503-RJJ | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information X Complaint ☐ Other (specify)

charging a violation of 18 / 2 **U.S.C. §** 1343 / 441h(b)(1) and 441h(b)(2)

**DISTRICT OF OFFENSE**
DISTRICT OF COLUMBIA

**DESCRIPTION OF CHARGES:**

WIRE FRAUD, FRAUDULENT MISREPRESENTATION FOR PURPOSE OF SOLICITING CONTRIBUTIONS, AND CONSPIRACY TO FRAUDULENTLY MISREPRESENT AUTHORITY TO SOLICIT CONTRIBUTIONS

**CURRENT BOND STATUS:**

☐ Bail fixed at    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
x Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify) Preliminary Hearing set for Wednesday, July 6, 2005, at 3:30 p.m., Courtroom 3C, in District of Arrest.

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization x CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes  Language:

**DISTRICT OF** NEVADA

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 22, 2005          _LR Leavitt_
  Date               Judge

### RETURN

This commitment was received and executed as follows: attest and certify on _7-1-05_ that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | By _Karen Yacich_ Deputy Clerk | |

✓FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2005 JUN 30  P 6: 32

___ DISTRICT COURT
DISTRICT OF NEVADA

BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
          **Plaintiff,** )
            **vs** )
Jade NeWhart a/k/a Blanchi )
            Dngatkin )
          **Defendant.** )
                       )

mJ-5 - 05 - 0503 - RJJ

**ORDER APPOINTING COUNSEL
AND DIRECTING THE MARSHAL
TO SERVE SUBPOENAS AT
GOVERNMENT EXPENSE**

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that ___Peter Christiansen___, **ESQ.** is hereby appointed to represent Defendant, Jade neWhart a/k/a Blanchi Dngatkin.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to

1

1  pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide

2  such witness(es) subpoenaed advance funds for the purpose of travel within the District of

3  Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon

4  to this Court shall be sealed, unless otherwise ordered.

5          IT IS FURTHER ORDERED that if counsel for the individual

6  desires subpoenas to be served outside the State of Nevada, further application pursuant to

7  Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of

8  said subpoenas.

9          DATED this 21st day of _____June_____, 2004.

10

11                                         _____

                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16       I hereby attest and certify on 7-1-05
17       that the foregoing document is a full, true
         and correct copy of the original on file in my
18       legal custody.

19       CLERK, U.S. DISTRICT COURT
              DISTRICT OF NEVADA
20
         By _____ Deputy Clerk
21

22

23

24

25

26

27

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case # MJ-S-05-0503-RJJ |
| vs. | ) |
| | ) Date: JUNE 21, 2005 |
| JADE NEWHART, | ) |
| a/k/a Blanchi Dugatkin and | ) Time: 3:28 pm to 3:32 pm |
| Blanchi Bettina Comito; | ) 3:46 pm   4:54 pm |
| TN: BLANCHI BETTINA DUGATKIN, | ) |
| Defendant. | ) ___ INITIAL APPEARANCE/Rule 5 - Minutes |
| | ) X  Further Proceedings re Rule 5 and Detention |

2005 JUN 30 P 6:32

DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

PRESENT:
THE HONORABLE _____ **LAWRENCE R. LEAVITT** _____, United States Magistrate Judge

ALANA KAMAKA _____        _____
Deputy Clerk                    FTR#                    Interpreter ( )Spanish ( )_____

JOHN PEARSON, DOJ: CHRISTINA BROWN                    PETER S. CHRISTIANSEN
    Assistant U. S. Attorney                    Defense Counsel  X  Apt. __Rtnd __AFPD

Defendant is present and in custody.  Defendant is advised of the pending charges and his/her rights.
X  The Government informs the Court that a Motion to Unseal was filed 6/21/05.
___ Defendant ___ questioned ___ sworn as to correctness of Financial Affidavit.
X  Financial Affidavit previously submitted.
___ The Federal Public Defender's Office  X  CJA panel attorney  PETER S. CHRISTIANSEN
    is appointed as defense counsel.

X  Identity hearing waived. __ Written waiver filed.  X  ORDERED defendant identified as named defendant in
    indictment/complaint and is held to answer in the _____ District of  Columbia

X  At the request of the defendant, Preliminary Hearing is set for  Wednesday, 7/6/05, at 3:30 pm before
    Magistrate Judge Lawrence R. Leavitt , in Courtroom #  3C .

X  The Government moves for detention.  X  The Court hears the argument of counsel.

X  Detention is ORDERED.  Separate detention order and commitment to originating district to follow

___ Detention Hearing is set for _____ at _____ am/pm at the request of
    ( )The Court ( )The Government ( )Defense Counsel

___ Temporary Detention is ORDERED. ____ Written Order to follow.

___ Bond is set. ___ PR ___ $_____ ___ unsecured ___ secured by ____ % cash ___ Corporate
    Surety __ Property  (See bond for special conditions.)

___ Bond is executed; Defendant is released.

___ Next appearance date (if known) in originating district: _____

X  Defendant advised of her rights regarding potential
    Rule 20 transfer.

LANCE S. WILSON, Clerk
United States District Court

*Alana Kamaka*
Deputy Clerk

I hereby attest and certify on 7-1-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
   Plaintiff, )    Case # MJ-S-05-503-RJJ
    )
vs. )    Date: 6-17-05
    )
Jade Newhart )    Time: 1:21 am/pm to 1:47 am/pm
    )
    )   ____ INITIAL APPEARANCE - Minutes
    )    X Further Proceedings re _Initial appearance_
   Defendant. )

PRESENT:
THE HONORABLE ~~ROBERT J. JOHNSTON~~ Doug Smith, Acting , United States Magistrate
Judge

__KATHY YAGICH__      FTR: 1:21:59 - 1:47:18
   Deputy Clerk          Tape#                    Interpreter

__Christina Brown__               __Karin Tate__
   Assistant U. S. Attorney            Defense Counsel ___ Apt. ___ Rtnd. X AFPD
        in custody
Defendant is present. Defendant is advised of the pending charges and his/her rights.

X Defendant X questioned X sworn as to correctness of Financial Affidavit.

X The Federal Public Defender's Office ___ CJA panel attorney _____
   is appointed as defense counsel.

___ Preliminary hearing is set for _____ at _____ am/pm.

   _Initial appearance is cont. to 8:00 pm_
X ~~Arraignment and Plea is set for 8:30 A.M., Friday,~~ June 21, 2005 before Magistrate Judge
   _Doarte_, in Courtroom # 3C, 3rd floor.

___ The Government moves for detention. ___ The Court hears the argument of counsel.

___ Pretrial detention is ORDERED. Separate detention order to follow.

___ Detention Hearing is set for _____ at _____ am/pm at the request of
_____

___ Temporary Detention is ORDERED. ___ Written Order to follow.

___ Bond is set. ___ PR ___ $ _____ ___ unsecured ___ secured by ____ % cash ___ Corporate
   Surety ___ Property (See bond for special conditions.)

___ Bond is executed; Defendant is released.

I hereby attest and certify on _7-1-05_
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

LANCE S. WILSON, Clerk
United States District Court

_Kathy Yagich_
Deputy Clerk

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _Kathy Yagich_ Deputy Clerk

Min Ord Intl Aprnc Rev 5-04.wpd

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,    2005 JUN 17 P 2: 21  Case # __MJ-S-05-503-RJJ__

vs.    Date: __6-17-05__

__William Baulding__    Time: __1:21__ am/pm to __1:47__ am/pm

    ___ INITIAL APPEARANCE - Minutes

__Defendant.__    _X_ Further Proceedings re __Initial Appearance__

PRESENT:

THE HONORABLE ~~ROBERT J. JOHNSTON~~ __Doug Smith, acting__, United States Magistrate Judge

__KATHY YAGICH__    FTR: 1:21:59 - 1:47:18    _____

Deputy Clerk    Tape#    Interpreter

__Christina Brown__    __Kevin Tate__

Assistant U. S. Attorney    Defense Counsel __Apt. __Rtnd. _X_ AFPD

Defendant is present __in custody__ Defendant is advised of the pending charges and his/her rights.

_X_ Defendant _X_ questioned _X_ sworn as to correctness of Financial Affidavit.

_X_ The Federal Public Defender's Office ___ CJA panel attorney _____
is appointed as defense counsel.

___ Preliminary hearing is set for _____ at _____ am/pm.

__Initial appearance is cont. to 3:00pm__

_X_ ~~Arraignment and Plea is set for 8:30 A.M., Friday,__ June 21, 2005 before Magistrate Judge
__Leavitt__, in Courtroom #__3C__, __3rd__ floor.

___ The Government moves for detention. ___The Court hears the argument of counsel.

___ Pretrial detention is ORDERED. Separate detention order to follow.

___ Detention Hearing is set for _____ at _____ am/pm at the request of
_____

___ Temporary Detention is ORDERED. ___ Written Order to follow.

___ Bond is set. ___ PR ___ $ _____ ___ unsecured ___ secured by ___ % cash ___ Corporate
Surety ___ Property  (See bond for special conditions.)

___ Bond is executed. Defendant is released.

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By ___Kathy Yagich___ Deputy Clerk

LANCE S. WILSON, Clerk
United States District Court

___Kathy Yagich___
Deputy Clerk

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☑ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

IN THE CASE OF

US vs. Dugatkin

FOR ___

A 2005 JUN 17 P 2: 24

**DOCKET NUMBERS**

Magistrate

M5-5-05-503-R05

District Court

Court of Appeals

PERSON REPRESENTED (Show your full name)

Tara Blanchi Dugatkin
Jade Newheart

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Wire Fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed

Not Sure As of 6-16-2005 I HAD

Name and address of employer: CLARK County Collections

IF YES, how much do you earn per month? $ ___

IF NO, give month and year of last employment ___
How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month? $ ___

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ ___

that the foregoing document is a full, true

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No and correct copy of the original on file in my legal custody.

| | | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND $ DESCRIBE IT | CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA | |

By Katy Assacs Deputy Clerk

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS

☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Ann + Lee Saliha | | $ | $ 500 — |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

US vs. Dugatkin

FOR

AT 2005 JUN 17  P 2: 24

DOCKET NUMBERS

Magistrate: 105-S-05-503-RSS

District Court.

Court of Appeals

PERSON REPRESENTED (Show your full name)
WILLIAM DUGATKIN
BLANKO — William Baulding

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

Wire Fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ Nov 2000, $1,000

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

RECEIVED         SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ 990/MO  AFTRA RETIREMENT FUN
THE SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  IF YES, state total amount $ 4,000

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

VALUE                          DESCRIPTION

IF YES, GIVE THE VALUE AND $ _____
DESCRIBE IT

I hereby attest and certify on 7-1-05 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By _____ Deputy Clerk

**OBLIGATIONS & DEBTS**

MARITAL STATUS
Total No. of Dependents
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

**DEPENDENTS**

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT | ANNE/LEE SALIBA | $ | $ 500 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/17/05

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

FILED
ENTERED

2005 JUN 17  P 2: 24

COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,   )

      Plaintiff,       )

        vs         )

Jade Newhart        )

      Defendant.     )

MJ-S-05-503-RJJ

**ORDER APPOINTING COUNSEL
AND DIRECTING THE MARSHAL
TO SERVE SUBPOENAS AT
GOVERNMENT EXPENSE**

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent; therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, Jade Newhart.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to

1

1  pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide

2  such witness(es) subpoenaed advance funds for the purpose of travel within the District of

3  Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon

4  to this Court shall be sealed, unless otherwise ordered.

5          IT IS FURTHER ORDERED that if counsel for the individual

6  desires subpoenas to be served outside the State of Nevada, further application pursuant to

7  Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of

8  said subpoenas.

9          DATED this 17 day of ___June___, 2005

10

11      acting                     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18          I hereby attest and certify on 7-1-05
19          that the foregoing document is a full, true
            and correct copy of the original on file in my
20          legal custody.

21              CLERK, U.S. DISTRICT COURT
                    DISTRICT OF NEVADA
22
            By _____ Deputy Clerk
23

24

25

26

27



2

2005 JUN 17 P 2: 24

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\* \* \***

UNITED STATES OF AMERICA,  )

    **Plaintiff,**  )

        **vs**  )     MJ-S-05-503-RJJ

William Baulding  )

    **Defendant.**  )  **ORDER APPOINTING COUNSEL**
                        )  **AND DIRECTING THE MARSHAL**
                        )  **TO SERVE SUBPOENAS AT**
                        )  **GOVERNMENT EXPENSE**

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, William Baulding

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to

1

1  pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide

2  such witness(es) subpoenaed advance funds for the purpose of travel within the District of

3  Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon

4  to this Court shall be sealed, unless otherwise ordered.

5        IT IS FURTHER ORDERED that if counsel for the individual

6  desires subpoenas to be served outside the State of Nevada, further application pursuant to

7  Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of

8  said subpoenas.

9        DATED this 17 day of June, 2005

10

11  acting            UNITED STATES MAGISTRATE JUDGE

12

13

14

15  I hereby attest and certify on 7-1-05
16  that the foregoing document is a full, true
    and correct copy of the original on file in my
17  legal custody.

    CLERK, U.S. DISTRICT COURT
18        DISTRICT OF NEVADA

19  By Katuy Yesich  Deputy Clerk

20

21

22

23

24

25

26

27

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

2005 JUN 17 P 2: 24

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**JADE NEWHEART**
            *Defendant*                         Case Number: MJ-S-05-0503-RJJ

aka Blanchi Dugatkin

Upon motion of the _____ Government _____, it is ORDERED that a

detention hearing is set for ___ Tuesday, June 21, 2005 ___ * at ___ 3:00 p.m. ___
                                            *Date*                                      *Time*

before ___ THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE LEAVITT ___
                                    *Name of Judicial Officer*

LLOYD D. GEORGE FEDERAL COURTHOUSE, 333 LAS VEGAS BLVD., SOUTH, LAS VEGAS, NV
                                    *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (_____

_____ ) and produced for the hearing.

            *Other Custodial Official*
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

            CLERK, U.S. DISTRICT COURT
                DISTRICT OF NEVADA

            By _____ Deputy Clerk

Date: ___ June 17, 2005 ___

                                    *Judicial Officer*

                    *DOUG SMITH, Acting U.S. Magistrate Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**WILLIAM BAULDING**
*Defendant*

aka William Dugatkin

Case Number:  MJ-S-05-0503-RJJ

Upon motion of the _____ Government _____ , it is ORDERED that a

detention hearing is set for ___ Tuesday, June 21, 2005 ___ * at ___ 3:00 p.m. ___
                                          *Date*                                    *Time*

before ___ THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE LEAVITT ___
                                   *Name of Judicial Officer*

LLOYD D. GEORGE FEDERAL COURTHOUSE, 333 LAS VEGAS BLVD., SOUTH, LAS VEGAS, NV
                                   *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (_____

_____ ) and produced for the hearing.

_____ *Other Custodial Official* _____

I hereby attest and certify on 7-1-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

Date: ___ June 17, 2005 ___ By _____ Deputy Clerk

                                   *Judicial Officer*

                                   *DOUG SMITH, Acting U.S. Magistrate Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO**
**BAIL REFORM ACT**

__WILLIAM BAULDING__
  *Defendant*
  aka William Ousatkin

Case Number:  MJ-S-05-0503-RJJ

Upon motion of the _____ Government _____, it is ORDERED that an

initial appearance is set for ___ Tuesday, June 21, 2005 ___ * at ___ 3:00 p.m. ___
  *Date*                                          *Time*

before __ THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE LEAVITT __
  *Name of Judicial Officer*

__LLOYD D. GEORGE FEDERAL COURTHOUSE, 333 LAS VEGAS BLVD., SOUTH, LAS VEGAS, NV__
  *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (_____

_____ ) and produced for the hearing.

Other Custodial Official 7-1-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

Date: __ June 16, 2005 __

  *Judicial Officer*

  *DOUG SMITH, Acting U.S. Magistrate Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2005 JUN 17  P 2: 24

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**JADE NEWHART**
*Defendant*

aka Blanchi Dugatkin

Case Number:  MJ-S-05-0503-RJJ

Upon motion of the _____ Government _____, it is ORDERED that an

initial appearance is set for ___ Tuesday, June 21, 2005 ___ * at ___ 3:00 p.m. ___
                             *Date*                                        *Time*

before___ THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE LEAVITT
*Name of Judicial Officer*

LLOYD D. GEORGE FEDERAL COURTHOUSE, 333 LAS VEGAS BLVD., SOUTH, LAS VEGAS, NV
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal ( _____

_____ ) and produced for the hearing.

_____ *Other Custodial Official* 7-F-05 ___

I hereby attest and certify on 7-F-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

Date:  June 16, 2005 By _____ Deputy Clerk

_____ *Judicial Officer*

*DOUG SMITH, Acting U.S. Magistrate Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA    2005 JUN 16  P 2 58

Plaintiff,

vs.

Jade Newhart

Defendant.

Case # MJ-S-05-503-RJJ

Date: 6-16-05

Time: 1:25 am/pm to 1:58 am/pm

X INITIAL APPEARANCE/Rule 5 - Minutes
___ Further Proceedings re _____

PRESENT:
THE HONORABLE ~~ROBERT J. JOHNSTON~~ Doug Smith acting , United States Magistrate Judge

KATHY YAGICH                    PTR 1:25:14 - 1:58:04                    _____
Deputy Clerk                    Tape#                                    Interpreter

Christina Brown                                      Kevin Tate
Assistant U. S. Attorney                  Defense Counsel ___ Apt. ___ Rtnd X AFPD

Defendant is present in custody  Defendant is advised of the pending charges and his/her rights.

___ Defendant ___ questioned ___ sworn as to correctness of Financial Affidavit.

___ The Federal Public Defender's Office ___ CJA panel attorney _____
is appointed as defense counsel.

___ Identity hearing waived. ___ Written waiver filed. ___ ORDERED defendant identified as named defendant in
indictment/complaint and is held to answer in the _____ District of _____

X  Initial appearance is continued to:
___ ~~Identity hearing is set for~~ June 21, 2005 at 3:00 am/pm before Magistrate Judge
Leavitt , in Courtroom # 3C, 3rd floor.

___ The Government moves for detention. ___ The Court hears the argument of counsel.

___ Detention is ORDERED. Separate detention order and commitment to originating district to follow.

___ Detention Hearing is set for _____ at _____ am/pm at the request of
_____

X Temporary Detention is ORDERED. X Written Order to follow.

___ Bond is set. ___ PR ___ $ _____ unsecured ___ secured by ___ % cash
Surety ___ Property  (See bond for special conditions.)

___ Bond is executed; Defendant is released.

Next appearance date (if known) in originating district: _____

X Financial affidavit will be
given to Court on June 21, 2005.

I hereby attest and certify on 7-1-05
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

LANCE S. WILSON, Clerk
United States District Court

Kathy Yagich
Deputy Clerk                    Min Ord Rule 5 Rev 5-04.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA



UNITED STATES OF AMERICA    2005 JUN 16  P 2:58

Plaintiff,                              Case #  _MJ-S-05-503-R55_

vs.                                     Date:  _6-16-05_

_William Baulding_                      Time:  _11:25_ am/pm to _1:58_ am/pm

                                        _X_ INITIAL APPEARANCE/Rule 5 - Minutes
Defendant.                              ___ Further Proceedings re _____

PRESENT:
THE HONORABLE ~~ROBERT J. JOHNSTON~~ _Doug Smith, Acting_, United States Magistrate Judge

__KATHY YAGICH__        PTR: _1:25:14 - 1:58:04_      _____
Deputy Clerk                 Tape#                        Interpreter

_Christina Brown_                              _Karin Tate_
Assistant U. S. Attorney              Defense Counsel ___ Apt. ___ Rtnd _X_ AFPD

Defendant is present.  Defendant is advised of the pending charges and his/her rights.

___ Defendant ___ questioned ___ sworn as to correctness of Financial Affidavit.

___ The Federal Public Defender's Office ___ CJA panel attorney _____
is appointed as defense counsel.

___ Identity hearing waived. ___ Written waiver filed. ___ ORDERED defendant identified as named defendant in
indictment/complaint and is held to answer in the _____ District of _____

_X_ ~~Identity hearing is set for~~ _initial appearance is continued to:_ _June 21, 2005_ at _3:00_ am/pm before Magistrate Judge
_Leavitt_ , in Courtroom # _3C 3rd_ floor.

___ The Government moves for detention. ___ The Court hears the argument of counsel.

___ Detention is ORDERED.  Separate detention order and commitment to originating district to follow.

___ Detention Hearing is set for _____ at _____ am/pm at the request of

_____

_X_ Temporary Detention is ORDERED. _✓_ Written Order to follow ~~certify on~~ _7-1-05_
                                       that the foregoing document is a full, true
___ Bond is set. ___ PR ___ $ _____  ~~unsecured~~ copy of the ~~secured~~ by file in my % Cash ___ Corporate
        Surety ___ Property   (See bond for special conditions.)

___ Bond is executed; Defendant is released.          CLERK, U.S. DISTRICT COURT
                                                       DISTRICT OF NEVADA
___ Next appearance date (if known) in originating district: _Date, _____ Deputy Clerk_

_✱ Financial affidavit will be_          LANCE S. WILSON, Clerk
_produced at hearing on June 21, 2005._  United States District Court


                                         _Kathy Yagich_
                                         Deputy Clerk          Min Ord Rule 5 Rev 5-04.wpd



NOEL L. HILLMAN
Chief, Public Integrity Section
NANCY L. SIMMONS and
JOHN P. PEARSON
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
12th Floor
Washington, DC 20005
(202) 514-1412

✓ FILED          RECEIVED
__ ENTERED     __ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 16 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,  )
        Plaintiff,         )
                           )   MJ- S-05-503- RJJ
    v.                     )
                           )   MOTION TO DETAIN
JADE NEWHART, a/k/a BLANCHI )  DEFENDANTS PRIOR
DUGATKIN, a/k/a BLANCHI BETTINA )  TO TRIAL
COMITO and WILLIAM BAULDING, )
a/k/a WILLIAM DUGATKIN,    )
                           )
        Defendants.        )

The United States of America, by and through undersigned counsel, hereby file this Motion to Detain the Defendants Prior To Trial. Pursuant to 18 U.S.C. § 3142(e), the government requests that the defendants be detained as flight risks.

The Court can order detention based on a risk that the defendant will flee, if the government shows by a preponderance of the evidence that there are no conditions of release that the Court can set that will reasonably assure that the defendant will make future court appearances. United States v. Motamedi, 767 F.2d 1403 (9th Cir.1985). The evidence relied on does not have to be admissible under the Federal Rules of Evidence, and the Court can consider proffers of evidence by counsel. Id. See also Fed. R. Evid. 1101(d)(3); United States v. Winsor, 785 F.2d 755, 756 (9th

1    Cir.1986); <u>United States v. Ward,</u> 63 F. Supp. 2d 1178, 1185 (C.D. Cal. 1999).    For the reasons set

2    forth below, the government requests that the defendants be detained due to risk of flight.

**I. There Are No Conditions of Release that Will Reasonably Assure the Future Appearance of**

**the Defendants**

5                The Defendants Are Serious Flight Risks based on the following information:

6                A.  <u>The Defendants Are Charged With Serious Offenses.</u>  Defendants are charged with

7    wire fraud, 18 U.S.C. § 1343, and with two campaign financing frauds, 2 U.S.C. § 441h(b)((1), (b)(2).

8    The charges relate to their scheme to defraud the 2004 presidential campaign of Congressman Richard

9    A. Gephardt, potential donors to Congressman Gephardt's presidential campaign, and members of the

10   public by planning a fictitious fundraiser for the Gephardt campaign, and by falsely representing that

11   they were authorized by the Gephardt campaign to hold the fundraiser, for the purpose of soliciting

12   contributions to the Gephardt campaign.

13               B.  <u>The Evidence Against the Defendants is Strong.</u>  To perpetuate their scheme, the

14   defendants met with officials of the National Museum for Women in the Arts in the District of

15   Columbia in June 2003 and falsely represented that they were personal friends of Richard and Jane

16   Gephardt and were authorized by the Gephardt campaign to hold a Gephardt fundraiser. Subsequently,

17   the defendant Newhart executed a contract on behalf of the defendants' corporation, "Never Stop

18   Dreaming, Inc.," to rent the museum for the fundraiser, and the defendant Baulding sent numerous

19   electronic communications from Alexandria, Virginia, to museum officials in the District of Columbia

20   in which he falsely stated that they were communicating directly with Congressman Gephardt and his

21   wife about the fundraiser.  In fact, the defendants had no authorization from Congressman Gephardt,

22   his wife, or the Gephardt campaign to engage in any fundraising on the candidate's behalf.  Moreover,

23   neither Congressman Gephardt nor his wife had ever heard of them.

24

25

26

                                                    2

C. <u>The Defendants Have Used Multiple Names and Aliases</u>.

    1. Defendant Newhart has used the following names and aliases:

> Jade Newhart
> Jade Alexandra Newhart
> Blanchi/Blanche B. Dugatkin
> Blanca/Blanchi Bettina
> Blanchi/Blanche B. Comito
> Blanchi Bettina Dugatkin
> Blanca Caridad Casio
> Lance Bettina Comito
> Donna Stone
> Blanca Cepero
> Blanca/Blanchi/Blanche Cosio
> Blanca/Blanchi/Blanche Cossio

    2. Defendant Baulding has used the following names and aliases:

> Bill Baulding
> William Neil Dugatkin
> William Neill
> Bill Neil
> Bill Coleman

D. <u>Defendant Newhart has used six different social security numbers</u>.

E. <u>Defendant Newhart is Currently a Probation Absconder/Fugitive</u>. Defendant Newhart was convicted in 1991 in Hillsboro County, Florida, of two counts of grand theft and one count of felony check fraud (Florida Department of Corrections, Inmate Number 520932). She was sentenced to five years of supervised probation by the 13th Judicial Circuit Court of Tampa. In 1992 she absconded. There are currently two outstanding Florida warrants for probation violations against her.

F. <u>The Defendants Have Insubstantial Ties to Nevada</u>. Florida records reflect that the defendants married in 2001. They arrived in Nevada approximately two months ago. On April 13, 2005, they obtained Nevada drivers' licenses, listing as their address the home of a Las Vegas acquaintance with whom they are believed to be staying. Prior to arriving in Nevada the defendants stayed for four months with another acquaintance in San Antonio, Texas. While in Texas they obtained Texas drivers' licenses and the defendant Newhart registered to vote, again listing as their address the home of an acquaintance. From late 2002 to January 2005, during the time their scheme

3

1  was in progress, the defendants stayed in a hotel in Alexandria, Virginia. They do not appear to have

2  had regular employment in Nevada, Texas, or Virginia.

3       In sum, the defendants have no significant ties to the State of Nevada, they have moved

4  frequently over the past four years and appear to have no regular means of employment, they have used

5  numerous names and aliases, and one of the defendants is a probation absconder.

6  **II.  There are No Other Conditions, Save Detention, which Can be Fashioned**

7       There are no other conditions, beyond detention, which will ensure the defendants'

8  appearances in the District of Columbia.

9       A.  Bond Posting.  Defendants advised the acquaintance they stayed with in San

10  Antonio, Texas, that they were "broke." They paid no rent during their four-month stay in Texas.  We

11  are unaware of any assets in the name of one or both of the defendants which would be suitable for a

12  bond.  In fact, we have no evidence that either defendant is or has been gainfully employed.  Further,

13  even if bond were allowed, the defendants' prior history of flight would not guarantee their return.

14       B.  Other Conditions.  We are aware of no other conditions that will assure the

15  defendants' appearances in the District of Columbia.

16       C.  Evidence of Possible Violence or Instability.  The government has recently come

17  into possession of a laptop computer that contains numerous documents reflecting possible plots

18  against high-level federal officials.  The laptop had been in the defendants' custody while they were

19  staying in the hotel in Alexandria, Virginia.  This information is under review, along with issues

20  relating to custody of the laptop and authorship of the documents.  At this point we do not know

21  whether the documents indicate actual or planned violence directed against public officials, or the

22  workings of an unstable mind.  In either event, we believe the information should be brought to the

23  Court's attention pursuant to 18 U.S.C. § 3142(g)(4).  While we are not suggesting that the information

24  is sufficient in itself to justify the defendants' detention, we believe that, at a minimum, it should

25  considered by the Court in connection with a full assessment of danger to the community posed by the

26  defendants' release.

### III. Conclusion.

The defendants move frequently, use multiple aliases, and have no visible means of employment in the State of Nevada or elsewhere. In addition, the defendant Newhart is a probation absconder. We believe that both defendants are serious flight risks and that there is no condition or combination of conditions of release which would reasonably assure the defendants' appearances in the District of Columbia. In addition, the Department is in possession of documents from a laptop computer that was in the defendants' possession that raise concerns about either the mental stability of one or both of the defendants or the safety of government officials and the public. We therefore respectfully request that the defendants be detained pursuant to 18 U.S.C. § 3142(e).

DATED this 16 day of June, 2005.

Respectfully submitted,

NOEL L. HILLMAN
Chief, Public Integrity Section

NANCY L. SIMMONS                    AUSA

JOHN P. PEARSON

Trial Attorneys
Public Integrity
United States Department of Justice

5

1

2

3

CERTIFICATE OF SERVICE

4

5  UNITED STATES OF AMERICA,              )

6          Plaintiff,                     )
                                          )   MJ - _____
7              v.                         )
                                          )
8  JADE NEWHART, a/k/a BLANCHI            )
   DUGATKIN, a/k/a BLANCHI BETTINA        )
9  COMITO and WILLIAM BAULDING,           )
   a/k/a WILLIAM DUGATKIN,                )
10                                        )
           Defendants.                    )

11

12          That on _____, I served a copy of the attached **MOTION TO DETAIN**

13  **DEFENDANTS PRIOR TO TRIAL** in open court.

14

15

16                                   _____
                                     NOEL L. HILLMAN
17                                   Chief, Public Integrity Section

18

19                              By: _____  *AUSA*
                                     NANCY L. SIMMONS
20

21

22                                   _____
                                     JOHN P. PEARSON
23

24  I hereby attest and certify on 7-1-05
    that the foregoing document is a full, true
25  and correct copy of the original on file in my
    legal custody.

26  CLERK, U.S. DISTRICT COURT
            DISTRICT OF NEVADA

    By _____ Deputy Clerk

06/09/2005  12:55    7035068491                                    PAGE  02/18

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

UNITED STATES OF AMERICA

V.

6-1-05    **CRIMINAL COMPLAINT**

~~Jade Newhart, a/k/a Blanchi Dugatkin,~~
a/k/a Blanchi Bettina Comito, and
~~William Baulding, a/k/a William Dugatkin~~

MJ-S-05-0503-RJJ-RJJ

CASE NUMBER:

Name and Address of Defendant)

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ____July 14, 2003____ in ____Washington, D.C.____ county, in the District

of Columbia and the Eastern District of Virginia, defendant(s) (Track Statutory Language of Offense)

(1) having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, television, and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice; (2) knowingly, willfully, and fraudulently misrepresented that they were speaking, writing, and otherwise acting for and on behalf of a federal candidate, namely, 2004 presidential candidate Congressman Richard A. Gephardt, for the purpose of soliciting contributions; and (3) knowingly and willfully participated in and conspired to participate in a plan, scheme, and design to fraudulently misrepresent that they were speaking, writing, and otherwise acting for 2004 presidential candidate Richard A. Gephardt

in violation of Title __18__ United States Code, Section(s) 1343 and Title 2, United States Code, Sections 441h(b)(1) and 441h(b)(2).

I further state that I am __Daniel Damron, Special Agent of the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:       ☒ Yes    ☐ No

Nancy Simmons, Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
(202) 514-1440
Sworn to before me and subscribed in my presence,

Signature of Complainant
Daniel Damron, Special Agent
Federal Bureau of Investigation

_____
Date
Magistrate Judge, United States district Court

at    ____Washington, D.C.____
          City and State

_____
Name & Title of Judicial Officer

Signature of Judicial Officer

I hereby attest and certify on ___ that the foregoing document is a full true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

_____ Deputy/Clerk

fundraising event for the Gephardt campaign at the Museum. In fact, the Gephardts had never heard of NEWHART and BAULDING and they had no authority from Congressman Gephardt or the Gephardt campaign to hold the fundraiser or solicit donations.

6. On June 20, 2003, BAULDING sent an electronic communication from Alexandria, Virginia, to Megan Lynn Westrom, Manager of Special Events for the Museum, which is located in the District of Columbia at 1250 New York Avenue, NW. The communication was captioned "Gephardt Fundraiser 9-23-03" and falsely stated that BAULDING had "just got off the phone with Jane Gephardt" and that the "check(s) will originate from the Gephardt campaign."

7. On July 10, 2003, NEWHART signed a contract, as Director of Never Stop Dreaming, Inc., with the Museum for the ostensible purpose of holding a fundraiser on September 23, 2003, for the 2004 Gephardt presidential campaign.

8. On July 22, 2003, BAULDING sent an electronic communication from Alexandria, Virginia, to Megan Lynn Westrom at the Museum in the District of Columbia captioned "CONTRACT COPY." The communication falsely suggested that the Gephardt campaign had sent the Museum a deposit for the fundraiser, to wit: "In an effort to stay on top of things, would you also confirm receipt of a check in the amount of two thousand dollars ($2,000) from the Gephardt campaign to cover the initial deposit."

9. On August 5, 2003, BAULDING sent an electronic communication from Alexandria, Virginia, to Megan Lynn Westrom at the Museum in the District of Columbia captioned "Re: Missing check." The communication falsely stated: "Jade [NEWHART] just got off the phone with Dick Gephardt. The comptroller for the campaign, Gloria Stienhim [sic] is going to look into the matter immediately. We've been assured if a satisfactory explanation cannot be reached within a couple of days, a new check will be walked into your office by the end of the week."

10. On or about February 12, 2004, former FBI Special Agent J.T. Burns contacted Karen Hancock, then-Chief Financial Officer for the 2004 Gephardt presidential campaign, who advised that neither Richard Gephardt nor his wife, Jane Gephardt, had ever heard of NEWHART, BAULDING, or Never Stop Dreaming, Inc.; that neither Richard nor Jane Gephardt had authorized NEWHART, BAULDING or Never Stop Dreaming, Inc. to hold a fundraiser for Gephardt's presidential campaign; and that no officer or employee of the 2004 Gephardt campaign had authorized NEWHART, BAULDING, or Never Stop Dreaming, Inc .to hold a such a fundraiser.

11. Based upon the above circumstances, I submit that probable cause exists that JADE NEWHART and BILL BAULDING (1) having engaged in a scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, television, and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice; (2) knowingly, willfully, and fraudulently

2

misrepresented that they were speaking, writing, and otherwise acting for and on behalf of a federal candidate, namely, Richard A. Gephardt, candidate for U.S. President, for the purpose of soliciting contributions; and (3) knowingly and willfully participated in and conspired to participate in a plan, scheme, and design to fraudulently misrepresent that they were speaking, writing, and otherwise acting for presidential candidate Richard A. Gephardt, in violation of Title 18, United States Code, Section 1343 and Title 2, United States Code, Section 441h(b)(1) and Section 441h(b)(2).

12.   Wherefore, I respectfully request that a warrant be issued authorizing the arrest of JADE NEWHART and BILL BAULDING for the above stated violations of Title 18, United States Code, Section 1343 and Title 2, United States Code, Section 441h(b)(1) and Section 441h(b)(2).

Daniel Damron
FBI Special Agent

SWORN and SUBSCRIBED to before me
this _____ Day of May, 2005.

United States Magistrate Judge

3

-1-

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE: COMPLAINT and ARREST
WARRANT FOR JADE NEWHART,
a/k/a BLANCHI DUGATKIN, a/k/a
BLANCHI BETTINA COMITO, and
BILL BAULDING,
a/k/a WILLIAM DUGATKIN

:   Mag. No.
:   (UNDER SEAL)

MJ-S-05-0503-RJJ-RJJ

### GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil

Rule 83.2(e) and Local Criminal Rule 44.5(e) respectfully moves this Court to seal the

accompanying Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest

Warrant and Complaint, this Motion to Seal, and the sealing Order. The government also moves

to seal all subsequent associated filings and Orders until further order of the Court. In support of

this motion, the United States represents the following:

The filings in this action are part of an ongoing criminal investigation. Disclosure of the

filings may hinder or compromise that investigation. Disclosure may also encourage the

defendants to flee or to otherwise avoid arrest.

WHEREFORE, it is respectfully requested that this motion be granted, and that this Court

sign the attached Order sealing the Complaint, Application for Arrest Warrant, Affidavit in

Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order.

Respectfully submitted,

NOEL L. HILLMAN
Chief, Public Integrity Section

-2-

By:    NANCY L. SIMMONS
       JOHN P. PEARSON
       Trial Attorneys
       Public Integrity Section
       Criminal Division
       U.S. Department of Justice
       1400 New York Avenue NW
       Washington, DC 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: COMPLAINT and ARREST        :        Mag. No.
WARRANT FOR JADE NEWHART,          :        (UNDER SEAL)
a/k/a BLANCHI DUGATKIN, a/k/a
BLANCHI BETTINA COMITO, and
BILL BAULDING,
a/k/a WILLIAM DUGATKIN

### ORDER

Upon consideration of the Government's Motion to Seal and for good cause shown, it is

HEREBY ORDERED that the Government's Motion to Seal shall be, and hereby is,

GRANTED, and that the Complaint, Application for Arrest Warrant, Affidavit in Support of

Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order shall remain under seal

until further order of the Court.

Dated _____            _____
                                   UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

MJ-S-05-0503-RJJ-RJJ

UNITED STATES OF AMERICA

V.

## WARRANT FOR ARREST

**Jade Newhart, a/k/a Blanchi Dugatkin,
a/k/a Blanchi Bettina Comito, and
Bill Baulding, a/k/a William Dugatkin**

CASE NUMBER: 05-318

### INVESTIGATIVE COPY ONLY
### ORIGINAL ON FILE WITH
### US MARSHAL RM 7th Floor

To: The United States Marshal
    and any Authorized United States Officer



YOU ARE HEREBY COMMANDED to arrest __Jade Newhart, a/k/a Blanchi Dugatkin, a/k/a Blanchi Bettina Comito, and Bill Baulding, a/k/a William Dugatkin__

Name(s)

and bring them forthwith to the nearest magistrate to answer a(n)

□ Indictment   □ Information   ☒ Complaint   □ Order of court   □ Violation Notice   □ Probation Violation Petition

charging him or her with (brief description of offense)

Wire fraud, fraudulent misrepresentation for purpose of soliciting contributions, and conspiracy to fraudulently misrepresent authority to solicit contributions

in violation of Title _18_ United States Code, Section 1343 and Title 2, United States Code, Section 441h(b)(1) and 441b(b)(2).

John M. Facciola
U.S. Magistrate Judge

Name of Issuing Officer

Title of Issuing Officer

Washington, D.C.   0 1 JUN 2005

Signature of Issuing officer

Date and Location

Bail fixed at $ _____   by _____

Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FROM DOJ PUBLIC INTEGRITY    (MON) 6. 6' 05 13:55/T. 13:55/NO. 4861578941 P  2

SEALED

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____ COLUMBIA

UNITED STATES OF AMERICA

v.

**Bill Baulding, a/k/a William Dugatkin**

**WARRANT FOR ARREST**

CASE NUMBER:  05 - 318 M - 02

INVESTIGATIVE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM 7ᵗʰ Floor

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Bill Baulding, a/k/a William Dugatkin**
Name(s)

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Wire fraud, fraudulent misrepresentation for purpose of soliciting contributions, and conspiracy to fraudulently misrepresent authority
to solicit contributions

in violation of Title **18**__ United States Code, Section 1343 and Title 2, United States Code, Section 441h(b)(1) and 441h(b)(2).

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_John M. Facciola_

Signature of Issuing officer

Title of Issuing Officer

06/03/05          **District of Columbia**

Date and Location

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |