# United States District Court

DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

Jade Newhart, a/k/a Blanchi Dugatkin,
a/k/a Blanchi Bettina Comito, ~~and~~
~~Bill Baulding, a/k/a William Dugatkin~~

To: The United States Marshal
and any Authorized United States Officer

**SEALED**

## WARRANT FOR ARREST

CASE NUMBER: 05-318M-01

**FILED**

JUL 19 2005

NANCY MAYER WHITTINGTON, CLERK

YOU ARE HEREBY COMMANDED to arrest __Jade Newhart, a/k/a Blanchi Dugatkin, a/k/a Blanchi Bettina Comito, and Bill Baulding, a/k/a William Dugatkin__
Name(s)

and bring them forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Wire fraud, fraudulent misrepresentation for purpose of soliciting contributions, and conspiracy to fraudulently misrepresent authority to solicit contributions

in violation of Title __18__ United States Code, Section **1343** and Title 2, United States Code, Section **441h(b)(1)** and **441h(b)(2)**.

John M. Facciola
U.S. Magistrate Judge

Name of Issuing Officer

_/s/ John M. Facciola_
Signature of Issuing officer

Title of Issuing Officer

Washington, D.C.   01 JUN 2005

Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 6·1·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7·18·05 | Sean McLeod   SDUSM | S - B. M/L |

1031669