IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | |
| ) CRIMINAL. NO. 05-250 (JDB) | |
| BLANCHE DUGATKIN    ) | |
| ) | |
| ) | |
| _____ ) | |

**MOTION TO WITHDRAW AS COUNSEL**

David W. Bos, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. On June 29, 2005, the grand jury returned a two count indictment charging Ms. Dugatkin with two counts of wire fraud, in violation of 18 U.S.C. § 1343, 1349, and 2.

2. Undersigned counsel entered his appearance on Ms. Dugatkin's behalf July 19, 2005.

3. It has become increasing clear throughout the course of undersigned counsel's representation of Ms. Dugatkin, that Ms. Dugatkin is not satisfied with counsel's efforts on Ms. Dugatkin's behalf. Indeed, Ms. Dugatkin is convinced that undersigned counsel cannot and will not effectively represent her in this matter. Therefore, Ms. Dugatkin has asked undersigned counsel to withdraw from the case.

Moreover, after several meetings with Ms. Dugatkin, undersigned counsel believes that the attorney-client relationship has deteriorated to a point where undersigned counsel can no longer assist Ms. Dugatkin in this case. Given the seriousness of the charges pending against Ms. Dugatkin, Ms. Dugatkin's belief that undersigned counsel cannot and will not effectively represent her, and

undersigned counsel's belief that the attorney-client relationship is such that undersigned counsel cannot assist Ms. Dugatkin, undersigned counsel joins in Ms. Dugatkin's request that new counsel be appointed to represent Ms. Dugatkin in this matter.

4. Ms. Dugatkin has informed counsel that she understands that should the Court grant this request and appoint new counsel, Ms. Dugatkin would be waiving her right to a speedy trial in this case so that her new attorney has adequate time to prepare for trial.

WHEREFORE, it is respectfully requested that David W. Bos, Assistant Federal Public Defender, be permitted to withdraw as Ms. Dugatkin's counsel of record and that Ms. Dugatkin be appointed new Counsel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500