IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **Criminal No. 01-281 (JDB)** |
| **BLANCHE DUGATKIN** | ) |
| | ) |
| | ) |
| | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this _____ day of _____, 2005 hereby

ORDERED, that the Motion to Withdraw as Counsel is hereby granted; and it is further

ORDERED, that David W. Bos is permitted to withdraw as counsel.

THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

copies to:

David W. Bos
AFPD

John Pearson
AUSA