UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                  CRIMINAL NO.    05-250

BLANCHI DUGATKIN, a/k/a/                                     2 U.S.C. § 441h(b)(1)
JADE NEWHART, a/k/a/                                         2 U.S.C. § 441h(b)(2)
BLANCHI BETTINA COMITO, and                         2 U.S.C. § 437g(d)(1)
WILLIAM DUGATKIN, a/k/a                                         18 U.S.C. § 2
WILLIAM BAULDING

INFORMATION

The United States charges:

COUNT ONE: Fraudulent Misrepresentation of Authority
(2 U.S.C. §§ 441h(b)(1), 437g(d))

1.    At all relevant times:

(a)  Defendants BLANCHI DUGATKIN, a/k/a JADE NEWHART, a/k/a BLANCHI BETTINA COMITO, and WILLIAM DUGATKIN, a/k/a WILLIAM BAULDING, were the directors of Never Stop Dreaming, Inc. ("Never Stop Dreaming"), a Virginia corporation.

(b)  Defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN resided at the Washington Suites Hotel in Alexandria, Virginia, and used the hotel's address, 100 Reynolds Street, Alexandria, Virginia, 22304, as the business address for Never Stop Dreaming.

(c)  The National Museum for Women in the Arts ("the Museum") was an art museum located in Washington, D.C. The Museum's Special Events office was responsible for booking and renting space at the Museum for events that were not associated with the Museum's exhibits.

(d)  Mise-en-Place was an event planning service located in Springfield, Virginia.

(e)  Gephardt for President, Inc. ("Gephardt for President") was the principal campaign committee of the 2004 presidential campaign of former Congressman Richard A.

Gephardt, and it was responsible for authorizing and overseeing all fundraising activities for the 2004 Gephardt presidential campaign ("Gephardt campaign").

2. From in or about June 2003 until in or about August 2003, in the District of Columbia and elsewhere, defendant BLANCHI DUGATKIN, using the alias "Jade Newhart," and defendant WILLIAM DUGATKIN, using the alias "Bill Baulding," aided and abetted by each other, knowingly, willfully, and fraudulently misrepresented themselves as speaking, writing, and otherwise acting for and on behalf of Richard A. Gephardt and his presidential campaign for the purpose of soliciting contributions and donations that would aggregate $2,000 or more.

3. Specifically, the defendants contacted and met with officials from the Museum's Special Events office and from Mise-en-Place and fraudulently misrepresented that they were friends of then-Congressman Gephardt, that they were working with the Gephardt campaign for the purpose of holding a fundraiser for the campaign, that they were in direct contact with both candidate Gephardt and his wife, Jane Gephardt, in connection with the planning and financing of the fundraiser, and that they were authorized to plan and host a campaign fundraiser for Gephardt.

4. At no time did then-Congressman and presidential candidate Gephardt, any member of the Gephardt family, or any official of Gephardt for President authorize the defendants to represent that they were speaking, writing, and otherwise acting on behalf of Congressman Gephardt or Gephardt for President for the purpose of holding a fundraiser, soliciting contributions, or otherwise raising funds on Congressman Gephardt's behalf for the Gephardt campaign.

In violation of Title 2, United States Code, Sections 441h(b)(1) and 437g(d)(1), and Title 18, United States Code, Section 2.

### COUNT TWO: Scheme and Conspiracy to Fraudulently Misrepresent Authority
(2 U.S.C. §§ 441h(b)(2), 437g(d)(1))

5. All allegations made above in paragraphs one, three, and four are re-alleged and incorporated herein.

6. From in or about June 2003 until in or about August 2003, in the District of Columbia and elsewhere, defendant BLANCHI DUGATKIN, using the alias "Jade Newhart," and defendant

WILLIAM DUGATKIN, using the alias "Bill Baulding," aided and abetted by each other, willfully and knowingly participated in and conspired to participate in a plan, scheme, and design to falsely misrepresent that they and their corporation, Never Stop Dreaming, were authorized to speak, write, and otherwise act for and on behalf of presidential candidate Richard Gephardt for the purpose of soliciting contributions and donations to the Gephardt campaign that would aggregate $2,000 or more.

     In violation of Title 2, United States Code, Sections 441h(b)(2) and 437g(d)(1), and Title 18, United States Code, Section 2.

     NOEL L. HILLMAN
Chief, Public Integrity Section

_____
JOHN P. PEARSON
NANCY L. SIMMONS
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20009