UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>BLANCHI DUGATKIN, a/k/a/ )<br>JADE NEWHART, a/k/a/ )<br>BLANCHI BETTINA COMITO, and )<br>WILLIAM DUGATKIN, a/k/a )<br>BILL BAULDING )<br>)<br>_____) | CRIMINAL NO. 05-250 |

FACTUAL BASIS FOR PLEA

At all times relevant to this proceeding:

1.Defendants BLANCHI DUGATKIN, a/k/a JADE NEWHART, a/k/a BLANCHI BETTINA COMITO, and WILLIAM DUGATKIN, a/k/a WILLIAM BAULDING, were the directors of Never Stop Dreaming, Inc. ("Never Stop Dreaming"), a Virginia corporation they founded in 2003.

2.Defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN resided at the Washington Suites Hotel in Alexandria, Virginia, and used the hotel's address, 100 Reynolds Street, Alexandria, Virginia, 22304, as the business address for Never Stop Dreaming.

3.Richard A. Gephardt was a candidate in the 2004 federal primary elections for the Presidency of the United States.

4."Gephardt for President, Inc." was the principal campaign committee of the 2004 Gephardt presidential campaign ("the campaign"), and it was responsible for authorizing and overseeing all campaign fundraising activities.

5.The National Museum for Women in the Arts ("the Museum") was an art museum

located in Washington, D.C.  The Museum's Special Events office was responsible for booking and renting space at the Museum for events not associated with the Museum's exhibits.

7. In or about June 2003, defendant BLANCHI DUGATKIN, using the alias "JADE NEWHART," contacted the Manager of Special Events at the Museum.  BLANCHI DUGATKIN told the manager that she and her partner "BILL BAULDING" were close personal friends of then-Congressman Richard A. Gephardt and his wife Jane Gephardt, that they and their corporation, Never Stop Dreaming, were authorized to raise money on behalf of the Gephardt campaign, and that they were interested in hosting a fundraiser at the Museum.

7. In or about June 2003, defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN also met with the manager and her supervisor, the Director of Special Events, at the Museum.  Again using the aliases "JADE NEWHART" and "BILL BAULDING," the defendants reiterated their claims of a personal relationship with the Gephardts and authorization to raise money for the Gephardt campaign.

8. From in or about June 2003 through in or about August 2003, defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN also wrote and sent emails to the manager that misrepresented their authority.  These messages falsely asserted, inter alia, that the defendants had spoken with Jane Gephardt, that the Gephardt campaign would send payment checks to the Museum, that the campaign had in fact sent a payment check, and that between 125 and 150 people would attend the fundraiser.

9. On or about July 10, 2003, using her "JADE NEWHART" alias, defendant BLANCHI DUGATKIN signed a contract with the Museum on behalf of Never Stop Dreaming.  The terms provided that in exchange for a deposit of $2,000 and a total payment of $7,000, the Museum

2

would allow Never Stop Dreaming to host a fundraiser on September 23, 2003. The defendants never paid the Museum.

10. In or about August 2003, the director called the defendants to investigate why the deposit check had not arrived. When defendant WILLIAM DUGATKIN, using the alias "BILL BAULDING," returned her call, the director specifically asked whether Never Stop Dreaming was authorized to raise money for the Gephardt campaign. Defendant WILLIAM DUGATKIN falsely replied that the campaign had authorized Never Stop Dreaming to hold the fundraiser.

11. After speaking with defendant WILLIAM DUGATKIN, the director called the Gephardt campaign and learned that no one at the campaign knew of or had authorized fundraising by either defendant or Never Stop Dreaming. The director then called the defendants again, and defendant WILLIAM DUGATKIN again told her that they had authorization. Specifically, DUGATKIN stated that the "press person" for the campaign had authorized the event.

12. In or about June and July 2003, the defendants also contacted an event planning service in Springfield, Virginia and claimed that they were close friends of the Gephardts and wanted to hire the service to plan their September 2003 fundraiser at the Museum.

13. In or about the summer of 2003, defendant BLANCHI DUGATKIN also met with the owner of a catering service. Using her "JADE NEWHART" alias, she stated that she and "WILLIAM BAULDING" were planning a fundraiser and wanted him to cater it. "NEWHART" also told the owner they would invite approximately 300 guests to the fundraiser and charge $300 to $500 per person.

14. At no time did candidate Gephardt, any member of the Gephardt family, or any employee or agent of Gephardt for President, Inc. authorize the defendants to speak, write, or otherwise act

on behalf of Congressman Gephardt or Gephardt for President for the purpose of soliciting contributions, or for any other purpose. Specifically, no one authorized the defendants to plan or host a campaign fundraiser.

Date: _____

| FOR THE DEFENDANTS: | FOR THE UNITED STATES: |
|---|---|

_____
BLANCHI DUGATKIN
Defendant

NOEL L. HILLMAN
Chief
Public Integrity Section

_____
JOANNE R. HEPWORTH
Counsel for Blanchi Dugatkin

By: _____
JOHN P. PEARSON

_____
WILLIAM DUGATKIN
Defendant

NANCY L. SIMMONS
Trial Attorneys
Public Integrity Section
United States Department of Justice
1400 New York Ave., NW, 12th Fl.
Washington, DC  20005
(202) 514-1412

_____
EDWARD C. SUSSMAN
Counsel for William Dugatkin