UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-250 |
| ) | |
| BLANCHI DUGATKIN, a/k/a/ ) | |
| JADE NEWHART, a/k/a/ ) | |
| BLANCHI BETTINA COMITO, and ) | |
| WILLIAM DUGATKIN, a/k/a ) | |
| BILL BAULDING ) | |
| ) | |
| _____ ) | |

## ADDENDUM

1.  The defendants admit that their conduct violated 2 U.S.C. § 441h(b) of the Federal Election Campaign Act (FECA) as set forth in the accompanying Plea Agreement and Factual Basis for Plea.

2.  The defendants acknowledge that the Federal Election Commission (FEC) has civil jurisdiction over the violations of the FECA that are the subject matter of these proceedings, and further acknowledge that the FEC has the authority to seek civil remedies against them for these violations pursuant to 2 U.S.C. § 437g(a)(5).

3.  The defendants understand that, pursuant to 2 U.S.C. § 437g(a)(5)(B), the civil penalty for a knowing and willful violation of the FECA is $11,000.

4.  The defendants further understand that, in light of the financial circumstances of the defendants, the FEC is seeking no civil penalty in this matter.

5. The defendants agree to cease and desist from misrepresenting that they are acting for or on behalf of any federal candidate.

FOR THE DEFENDANT:

/s/ Blanchi Dugatkin
BLANCHI DUGATKIN
Defendant

Date: NOV 22-2005

/s/ Joanne R. Hepworth
JOANNE R. HEPWORTH
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC 20004
(202) 789-0037
Counsel for Defendant
  Blanchi Dugatkin

Date: 11-22-05

/s/ William Dugatkin
WILLIAM DUGATKIN
Defendant

Date: 11/22/05

/s/ Edward C. Sussman
EDWARD C. SUSSMAN
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC 20004
(202) 365-5723
Counsel for Defendant
  William Dugatkin

Date: 11-22-05

FOR THE UNITED STATES:

NOEL L. HILLMAN
Chief
Public Integrity Section

By: /s/ John P. Pearson
JOHN P. PEARSON

Date: 11/22/05

/s/ Nancy L. Simmons
NANCY L. SIMMONS
Trial Attorneys
Public Integrity Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1412

Date: 11/22/05

2