HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0250 |
| vs. | : | SSN: |
| Dugatkin, Blanchi | : | Disclosure Date: January 4, 2006 |

FILED
FEB 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    *[signature]*
**Defendant**            **Date**                                  **Defense Counsel**
                                                                 Date 1/18/2006

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **January 18, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

## DEFENDANT BLANCHI DUGATKIN'S
## OBJECTIONS TO PRESENTENCE REPORT

Page 9 & 10 /Item 33

- "The defendant failed to pay $15,105.90 in remaining restitution from the original order of $16,489."

Defendant disputes this assertion. Defendant submits that payment of $15,539.90 restitution was made on December 23, 1993. Attached please find a receipt for said payment received from Hillsborough County, Florida Probation Office, on October 12, 1005.

Thank you

Joanne Hepworth
CC: Ausa