DUGATKIN, Blanchi                                                                                    Page 24

THE HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**FEB 0 8 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>05-250-01</u>

vs. : SSN:

**Blanchi Dugatkin** Disclosure Date: <u>January 4, 2006</u>

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

(✓) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                  _____2/8/06_____
Assistant U.S. Attorney                                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                  _____
Defendant          Date                                                    Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by , to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.