| PROB 22-DC (Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED AUG 1 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | DOCKET NUMBER *(Tran. Court)* 05-250-01 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Blanchi Dugatkin | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE John D. Bates | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/08/2006 | TO 2/7/2008 |

**OFFENSE**

Fraudulent Misrepresentation of Authority, 2 USC §§ 441h(b), 437g(d)(1)(A)(ii) and 437g(d)(1)(C)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Feb. 8, 2006_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/14/06_
Effective Date

_[signature]_
United States District Judge