14 September 2007

Leave to file GRANTED

*[signature]* 10/24/07
John D. Bates
United States District Judge

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

05-250 (JDB)

Re: MJ-5-05-0503-RJJ

FILED
OCT 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Bates:

My husband, William, has accepted a new position which begins in Las Vegas on December 1st. It would be wonderful to make this opportunity a fresh start for both of us. Therefore, it is with the utmost humility and respect for the law I petition the Court to end my two year probationary period early and expunge the record of the adjudication against me. (While my supervision is scheduled to continue through February 7th of next year, all required elements of the probation were completed months ago.)

I don't wish to take a great deal of Your Honor's time, but I think it's important to remind you of a couple of points you might wish to consider in making your decision:

(a) Our Arraignment was delayed four (4) days, as Mr. Pearson personally flew to Las Vegas to insist both William and I remain incarcerated. He claimed there was an unresolved issue in my past which made me a flight risk. He supported his argument by stating I lied about having two daughters. (He also said William had a daughter; also, not true.) To this day, I have no clue where he got his information. Honestly, it seemed as if he was prepared to say anything to keep us both in jail.

(b) Upon my arrival in Washington, D.C., I reiterated to my new Public Defender the supposedly unresolved issue in Tampa, Florida which resulted in charges I fled the jurisdiction to South Carolina, were bogus. I asked him to simply contact the Court, which had documentation the matter had been cleared up years ago. The Public Defender claimed he could find no such evidence, which resulted in my letter to you seeking new counsel. His replacement, Joanne Hepworth, inexplicably could do no better, which ultimately led Your Honor to tell both Ms. Hepworth and Mr. Pearson they should get to the bottom of this immediately as you were uncomfortable I had already served time equal to what would likely be imposed as my sentence.

What Your Honor may not realize is on November 22nd, later in the day, after you ruled I could live at my parent's home until Sentencing, Ms. Hepworth handed William a copy of the paperwork she said was faxed to her from Tampa. It proves what I said was true: the matter in Tampa had been taken care of in 1993. A computer glitch prevented the payment from being properly posted. More importantly, the date on the fax to Ms. Hepworth indicates it was transmitted on October 17th (see attached). In which case, why didn't she bring this evidence to the Court's attention?

>Worse yet, at the specific direction of Ms. Hepworth, I was to travel to Hillsborough County to personally clear the record. Ms. Hepworth told me to deliver myself to the local probation office. She had already spoken with them; they would handle the matter for me. In fact, I was met by the probation officer whose name she had given me and three members of the Sheriff's Department. I ended up spending another nine (9) days in jail, waiting for a Hearing with Judge Behnke, who along with the Assistant District Attorney, instantly cleared the record and apologized for the unnecessary incarceration.

As my husband said to you prior to sentencing, the mistake we made was procedural; there was never any intent to defraud anyone. Your Honor was kind enough to agree, on the record.

It has been difficult to hold employment. As each background check returns, my new employer finds a different way of saying I can't work for them. I successfully completed all provisions of the Court's terms within the first several months of my probation. I would greatly appreciate the opportunity to put this matter behind me.

I thank you for your time and consideration.


Respectfully,

Blanchi B. Dugatkin

```
Page: 1 Document Name: untitled
OP05 0 520932                                              P1304F1 10/12/05 14:09:28
        OPSB005           COP RECEIPTS BY OFFENDER                      PAGE:    1
DOC NO: 520932 NAME: COMITO, BLANCHE B.           STATUS: ACTIVE P/P
ACT RECEIPT    BT   AS OF    OFFENDER  OFFENDER                         AMOUNT
    DATE       ST   DATE     RCPT. NO. PAYMENT   PAYEE ID  PFX SEQ    DISBURSED
 08/26/91 P5   50 08/26/91   M404609    $80.00   COS PAYMT              $76.92
                                                 SURCHARGE               $3.08
 12/20/93 P5   50 12/23/93   0000003 $15539.90   42PRINC009 01 001     $720.00
                                                 45LEEMO001 01 001  $14819.90


          DISPLAY COMPLETE
```

FILED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*CR 05-250*

Date: 10/12/2005 Time: 2:08:54 PM